**JUNE 17, 1941**

**No. 46113.—****—Protest 21267–K (A) of Stone & Downer Co. Abstract 45908. Application by plaintiff for rehearing granted.

**JUNE 17, 1941**

**No. 46114.—SUIT 4320.—****.—United States v. F. W. Myers & Co., Inc. C. D. 320 reversed without approving the action of the collector. C. A. D. 168.

**JUNE 23, 1941**

**No. 46115.—SUIT 4334.****—D. & B. Import Corp. v. United States. C. D. 380 affirmed. C. A. D. 172.

**JUNE 24, 1941**

**No. 46116.—SUIT 4326.—****—United States v. General Dyestuff Corp. C. D. 337 reversed. C. A. D. 170.

BEFORE THE SECOND DIVISION, JUNE 25, 1941

**No. 46117.—**Protest 969959–G of Saji Trading Co. (Los Angeles).

Opinion by TILSON, J. There was testimony that these articles are used to cover lamp shades or as sun shades at the beach or in the garden. The evidence, including the sample, was held not sufficient to overcome the classification as hats under paragraph 1504 (b) (2). The protest was therefore overruled.

**No. 46118.—**Protest 979822–G of N. Y. Umbrella Co., Inc. (New York).

Opinion by TILSON, J. On the record presented the protest was dismissed.

**No. 46119.—**Protests 5482–K, etc., of G. Hirsch Sons, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.